UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert V. Towle</u>

    v.                                                           No. 06-fp-464

<u>N.H. Department of Corrections, Commissioner, et al.</u>

### <u>O R D E R</u>

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $19.80 is due no later than January 15, 2007.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

This case has been assigned civil number **06-cv-464-PB**.

**SO ORDERED.**

                                               /s/ James R. Muirhead
                                               James R. Muirhead
                                               United States Magistrate Judge

Date: December 15, 2006

cc:    Robert V. Towle, *pro se*
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts