**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Robert V. Towle

   v.                                            Civil No. 06-cv-464-PB

Commissioner, New Hampshire
Department of Corrections, et al.

**O R D E R**

Pro se plaintiff Robert V. Towle brings this civil rights action, pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the First, Eighth and Fourteenth Amendments to the United States Constitution (document no. 1).  Named as defendants are William Wrenn, Commissioner of the New Hampshire Department of Corrections ("NHDOC"), Bruce Cattell, Warden of the New Hampshire State Prison ("NHSP") and Greg Crompton, Deputy Warden of the NHSP.

The complaint is before me for preliminary review to determine whether, among other things, it states a claim upon which relief may be granted.  See 28 U.S.C. § 1915A; U.S. District Court for the District of New Hampshire Local Rule ("LR") 4.3(d)(2).  For the reasons stated in the report and recommendation issued simultaneously herewith, I conclude that

Towle has stated a First Amendment claim against Wrenn, Cattell and Crompton.  I recommend dismissal of all remaining claims.

As I find that plaintiff has stated a claim upon which relief may be granted, I order the complaint be served on the defendants.  The Clerk's office is directed to serve the New Hampshire Office of the Attorney General (AG), as provided in the Agreement On Acceptance Of Service, copies of this order, the report and recommendation and the complaint (document no. 1). See LR 4.3(d)(2)(C).  Within thirty days from receipt of these materials, the AG will submit to the court an Acceptance of Service notice specifying those defendants who have authorized the AG's office to receive service on their behalf.  When the Acceptance of Service is filed, service will be deemed made on the last day of the thirty-day period.

As to those defendants who do not authorize the AG's office to receive service on their behalf or whom the AG declines to represent, the AG shall, within thirty days from receipt of the aforementioned materials, provide a separate list of the last known addresses of such defendants.  The Clerk's office is instructed to complete service on these individuals by sending to them, by certified mail, return receipt requested, copies of

these same documents.

Defendants are instructed to answer or otherwise plead within twenty days of acceptance of service.  See Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendants by delivering or mailing the materials to them or their attorneys, pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

                                                /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: February 5, 2007

cc:   Robert V. Towle, pro se