UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert Towle</u>

       v.                                   Case No. 06-cv-464-PB

<u>NH Department of Corrections</u>

### O R D E R

I hereby recuse myself from presiding over this case as Attorney Michael Sheehan has filed an appearance on behalf of the plaintiff.

SO ORDERED.

March 8, 2007                                   /s/ Paul Barbadoro
                                                            Paul Barbadoro
                                                            United States District Judge

cc:     Counsel of Record