UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Robert Towle</u>

    v.                    Civil No. 06-464-JL

<u>NH Department of Corrections,</u>
<u>Commissioner, et al.</u>

### **O R D E R**

On or before April 22, 2008, the Attorney General shall file a brief memorandum explaining how the amended version of Policy and Procedure Directive ("PPD") 7.09 permits visitation by the petitioner's wife where the prior version did not. The memorandum must address how the operation or interpretation of the provisions of amended PPD 7.09 as applied to Ms. Wilmont, permit such visitation, as opposed to a conclusory explanation that Ms. Wilmot is now an approved visitor. The memorandum shall not exceed five pages in length.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: April 16, 2008

cc: Robert V. Towle, pro se
    Glenn A. Perlow, Esq.