UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Robert V. Towle

    v.                          Civil No. 06-464-JL

New Hampshire Department
of Corrections, Commissioner,
et al.


**O R D E R**

On or before ten days from today the parties shall file memoranda limited to ten pages on the following issue: whether, despite the court's grant of summary judgment in favor of the defendants on mootness grounds, the plaintiff is nonetheless entitled to recover costs as "prevailing party" under 42 U.S.C. § 1988.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge


Dated: April 30, 2008

cc: Robert V. Towle, pro se
    Glenn A. Perlow, Esq.